# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and <br> UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | § § § § § § § § § § § § § | Civil Action No. 1:18-cv-159 <br><br><br> PATENT CASE <br><br><br> JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg, S.A., file this Notice of Appearance and hereby notify the Court that Aaron Jacobs of Prince Lobel Tye, LLP, One International Place, Suite 3700, Boston, MA 02110, is appearing on behalf of Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg, S.A., in the above-referenced matter.

Date: February 22, 2018

Respectfully submitted,

*/s/ Aaron Jacobs*
Aaron Jacobs
Massachusetts State Bar No. 677545
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: ajacobs@princelobel.com

**ATTORNEYS FOR THE PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record on February 22, 2018, via the Court's CM/ECF system.

>*/s/ Aaron Jacobs*
>Aaron Jacobs